

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00045-CV

Malcolm **WHITAKER**,
Appellant

v.

Mildred **MIHALSKI**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-16909
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's joint motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED February 12, 2020.

_____
Rebeca C. Martinez, Justice